UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mary K. Mungo, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CMFG Life Insurance Company f/k/a CUNA Mutual Insurance Society, CUMIS Insurance Society, Inc., and Founders Federal Credit Union,<br><br>        Defendants. | CA No. 0:11-cv-00464-MBS<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff, Mary K. Mungo, through her counsel, hereby stipulates to the dismissal of this action, including all of the claims and causes of action, **with prejudice**, each party to bear its own costs.

| WE SO MOVE: | WE CONSENT: |
|---|---|
| s/Susan F. Campbell | s/Franklin G. Shuler, Jr. |
| Susan F. Campbell, Esquire (Fed. ID # 9002) | Franklin G. Shuler (Fed. ID #5547) |
| McGowan Hood & Felder LLC | Turner Padget Graham & Laney, P.A. |
| 304 Church Street | P.O. Box 1473 |
| Georgetown, SC 29440 | Columbia, South Carolina 29202 |
| scampebell@mcgowanhood.com | fshuler@turnerpadget.com |
| Attorney for Plaintiff | Attorney for Defendant |
| | Founders Federal Credit Union |

WE CONSENT:

s/Daniel C. Leonardi
Daniel C. Leonardi, (Fed. I.D. # 9332)
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
dleonardi@nexsenpruet.com
Attorneys for Defendants CMFG Life
Insurance Company f/k/a CUNA Mutual
Insurance Society and CUMIS Insurance Society, Inc.

Date:  August 21, 2014

1